PEET *v.* UNITED STATES

No. 1886, Misc. Decided June 29, 1970

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Northern District of California for resentencing. *Gutknecht* v. *United States,* 396 U. S. 295.

GUERRIERI *v.* UNITED STATES

No, 1969, Misc. Decided June 29, 1970

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States District Court for the Western District of Pennsylvania for findings as to whether or not petitioner is in fact an indigent and proceeding in good faith pursuant to 28 U. S. C. § 1915.